# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, Individually and on behalf of all others similarly situated, | Case No. 4:23-cv-00788-SRB |
| Plaintiffs, | Hon. Stephen R. Bough |
| v. | |
| NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, and DOUGLAS ELLIMAN, INC. | |
| Defendants. | |

| | |
|---|---|
| DANIEL UMPA, on behalf of himself and all others similarly situated, | Case No. 4:23-cv-00945-SRB |
| Plaintiffs, | Hon. Stephen R. Bough |
| v. | |
| THE NATIONAL ASSOCIATION OF REALTORS, HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., KELLER WILLIAMS REALTY, INC., COMPASS, INC., EXP WORLD HOLDINGS, INC., EXP REALTY, LLC, REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HANNA HOLDINGS, INC, DOUGLAS ELLIMAN, INC., DOUGLAS ELLIMAN REALTY, LLC, AT WORLD PROPERTIES, LLC, THE REAL BROKERAGE INC., REAL BROKER, | |

| | )|
|---|---|
| LLC, REALTY ONE GROUP, INC., | )|
| HOMESMART INTERNATIONAL, LLC., | )|
| | )|
| | )|
| Defendants. | )|
| | )|

## JOINT MOTION BY PLAINTIFFS AND ALL DEFENDANTS OTHER THAN THE HOMESERVICES DEFENDANTS FOR A COORDINATED SCHEDULING ORDER

Plaintiffs Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa (collectively "Plaintiffs") and Defendants National Association of REALTORS®, Compass, Inc., eXp World Holdings, Inc., eXp Realty, LLC, Redfin Corporation, Weichert Realtors, Hanna Holdings, Inc., Douglas Elliman Inc., Douglas Elliman Realty, LLC, At World Properties, LLC, The Real Brokerage Inc., Real Broker, LLC, Realty One Group, Inc., Homesmart International, LLC, United Real Estate, and Keller Williams Realty, Inc. (collectively, "Defendants")[1] (Plaintiffs and Defendants together, "the Parties") respectfully request, subject to and without waiver of Defendants' right to challenge this Court's jurisdiction, Defendants' right to enforce arbitration clauses, or any other grounds that Defendants may have to challenge Plaintiffs' Class Action Complaints ("Complaints"), that this Court enter an Order setting a coordinated case schedule for both of the above-captioned cases. In support of this Motion, the Parties state as follows:

1. Plaintiffs Don Gibson, Lauren Criss, and John Meiners filed their Complaint on October 31, 2023 in a case captioned *Gibson et al. v. National Association of Realtors, et al.*, Case No. 4:23-cv-00788-SRB.

---

[1] The HomeServices Defendants, which are HomeServices of America, Inc, BHH Affiliates, LLC, HSF Affiliates, LLC, and The Long and Foster Companies, Inc., declined to participate in this Motion. All other Defendants in *Gibson* and *Umpa*, however, join in this motion.

2

2. On November 27, 2023, the Court issued an order extending Defendants' time to respond to the *Gibson* Complaint to January 18, 2024. (*Gibson*, Dkt. No. 18.)

3. On December 27, 2023, Plaintiff Daniel Umpa filed a separate complaint in this District against Defendants and others in a case captioned *Umpa v. National Association of Realtors, et al.*, Case No. 4:23-cv-00945-SRB.

4. On December 27, 2023, Plaintiffs filed a Motion for Transfer of Actions to the Western District of Missouri Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings with the United States Judicial Panel on Multidistrict Litigation ("JPML"). *In re Real Estate Commission Litigation*, Case MDL No. 3100 (JPML Dec. 27, 2023) (Dkt. No. 1).

5. The Parties agree that the allegations in *Gibson* and *Umpa* are substantially similar.

6. On January 17, 2024, the Court issued an order extending Defendants' time to respond to the *Gibson* Complaint to January 25, 2024. (*Gibson*, Dkt. No. 77).

7. The Parties agree that in light of the similarities of the allegations in *Gibson* and *Umpa*, it would be in the interests of judicial economy and a more efficient use of the Parties' resources to coordinate the case schedules for *Gibson* and *Umpa*.

8. The Parties have negotiated and agreed to a coordinated case schedule for both cases as follows:

    a. Defendants' Responsive Pleadings, Motions to Dismiss the Complaints (including, but not limited to, for lack of personal jurisdiction), and/or other motions to challenge the Complaints on other grounds (including,

but not limited to, a motion to assert arbitration rights) for both *Gibson* and *Umpa* are due February 26, 2024.

    b.    Plaintiffs' Oppositions to any Motions filed by Defendants are due March 25, 2024.

    c.    Defendants' Replies to any Oppositions filed by Plaintiffs are due April 22, 2024.

9. The Parties also have negotiated and agree as follows:

    a.    The Parties will hold a joint conference in accordance with Fed. R. Civ. P. 26 in both *Gibson* and *Umpa* during the week of February 12, 2024. By holding the conference, the Parties agree that Defendants are not waiving their rights to argue that this Court does not have jurisdiction over the cases, their rights to argue that this Court is not an appropriate venue, their rights to enforce arbitration agreements, or their rights to argue any other grounds that Defendants may have to challenge Plaintiffs' Complaints.

    b.    The Parties agree that they can serve discovery requests after the Fed. R. Civ. P. 26 conference, but no responses to those requests will be due until thirty (30) days after the JPML rules on Plaintiffs' Motion for Transfer.

    c.    The Parties will exchange initial disclosures in accordance with Fed. R. Civ. P. 26 fourteen (14) days after the JPML rules on Plaintiffs' Motion for Transfer.

10. Plaintiffs request that the Court set the HomeServices Defendants on the same schedule. The other Defendants take no position on this request.

4

Case 4:23-cv-00945-SRB   Document 79   Filed 01/24/24   Page 4 of 14

WHEREFORE the Parties request that this Court enter an Order granting Defendants up to and including February 26, 2024, to file responsive pleadings and/or motions to dismiss Plaintiffs' Class Action Complaints; Plaintiffs up to and including March 25, 2024, to file their Oppositions; and Defendants up to and including April 22, 2024, to file their Replies. The Parties also request that the Court enter an Order stating that the Parties will hold a Fed. R. Civ. P. 26 conference during the week of February 12, 2024; that the Parties may serve discovery requests after that conference but responses to those discovery requests will not be due until thirty (30) days after the JPML rules on Plaintiffs' Motion to Transfer; and that the Parties will exchange initial disclosures in accordance with Fed. R. Civ. P. 26 fourteen (14) days after the JPML rules on Plaintiffs' Motion to Transfer.

Dated: January 24, 2024                    Respectfully submitted,

| /s/ Brandon J.B. Boulware | | /s/ Brian E. Johnson |
|---|---|---|
| Brandon J.B. Boulware | MO # 54150 | Benjamin D. Brown (*pro hac vice*) |
| Jeremy M. Suhr | MO # 60075 | bbrown@cohenmilstein.com |
| Erin D. Lawrence | MO # 63021 | Robert A. Braun (*pro hac vice*) |
| BOULWARE LAW LLC | | rbraun@cohenmilstein.com |
| 1600 Genessee, Suite 416 | | Brian E. Johnson (Mo. Bar. No. 64938) |
| Kansas City, Missouri 64102 | | BEJohnson@cohenmilstein.com |
| Tel: (816) 492-2826 | | COHEN MILSTEIN SELLERS & TOLL PLLC |
| brandon@boulware-law.com | | 1100 New York Ave. NW, Fifth Floor |
| jeremy@boulware-law.com | | Washington, DC 20005 |
| erin@boulware-law.com | | Telephone: (202) 408-4600 |
| | | |
| WILLIAMS DIRKS DAMERON LLC | | Daniel Silverman (*pro hac vice*) |
| Matthew L. Dameron | MO # 52093 | dsilverman@cohenmilstein.com |
| Eric L. Dirks | MO # 54921 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 1100 Main Street, Suite 2600 | | 769 Centre Street, Suite 207 |
| Kansas City, Missouri 64105 | | Boston, MA 02130 |
| Tel: (816) 945-7110 | | Telephone: (617) 858-1990 |
| matt@williamsdirks.com | | |
| dirks@williamsdirks.com | | |

KETCHMARK AND MCCREIGHT P.C.
Michael Ketchmark           MO # 41018
Scott McCreight             MO # 44002
11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tel:    (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for the Gibson Plaintiffs and Proposed Class*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)

aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

*Attorneys for the Umpa Plaintiffs and
   Proposed Class*

*/s/ Daniel A. Sasse*
Chahira Solh (*pro hac vice* forthcoming)
Daniel A. Sasse (MO # 48997)
Eric Fanchiang (*pro hac vice* forthcoming)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
T:  (949) 263-8400
F:  (949) 263-8414
dsasse@crowell.com
csolh@crowell.com
efanchiang@crowell.com

*Attorneys for Defendant Compass, Inc.*

*/s/ Daniel P. Johnson*
Trina R. Ricketts, MO # 46080
Daniel P. Johnson, MO #68966
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
700 W. 47th Street, Suite 500
Kansas City, MO 64112
Phone:  816.471.1301
Facsimile:  816.471.1303
Email: trina.ricketts@ogletree.com
Email: daniel.johnson@ogletree.com

Marc E. Kasowitz (*pro hac vice forthcoming*)
Hector Torres (*pro hac vice forthcoming*)
Kenneth R. David (*pro hac vice forthcoming*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY  10019
Phone:  212.506.1700
Facsimile:  212.506.1800
Email: mkasowitz@kasowitz.com
Email: htorres@kasowitz.com
Email: kdavid@kasowitz.com

Constantine "Dean" Z. Pamphilis (*pro hac vice forthcoming*)
KASOWITZ BENSON TORRES LLP
1415 Louisiana Street, Suite 2100
Houston, TX  77002
Phone:  713.220.8800
Facsimile:  713.222.0843
Email: dpamphilis@kasowitz.com

*Attorneys for Defendants Douglas Elliman Inc. and Douglas Elliman Realty, LLC*

*/s/ Leo D. Caseria*
LEO D. CASERIA (*pro hac vice forthcoming*)

*/s/ Dylan I. Ballard*

7

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1925
lcaseria@sheppardmullin.com

*Counsel for Defendant Realty One Group, Inc.*

Michael W. Scarborough (admitted *pro hac vice*)
Dylan I. Ballard (admitted *pro hac vice*)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel: (202) 639–6500
ahudes@velaw.com
smedlock@velaw.com

William D. Beil MO# 33922
GM LAW PC
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Telephone: (816) 471-7700
billb@gmlawpc.com

*Attorneys for Defendant Weichert, Realtors*

*/s/ Brian J. Madden*
Brian J. Madden (Mo. Bar No. 40637)
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, Missouri 64112-2255
Telephone: (816) 701-1132

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW

*/s/ Jennifer B. Wieland*
Jennifer B. Wieland, MO #57271
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Phone: (816) 561-7007
Fax: (816) 561-1888
jwieland@berkowitzoliver.com

David Marroso (*pro hac vice forthcoming*)
Craig Bloom (*pro hac vice forthcoming*)
O'MELVENY & MEYERS LLP
1999 Avenue of the Stars,
8th Floor
Los Angeles, CA 90067

Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
mgoodman@paulweiss.com
bpbecker@paulweiss.com


Eyitayo St. Matthew-Daniel (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
tstmatthewdaniel@paulweiss.com

*Attorneys for Defendant Redfin Corporation*

(310) 553-6700
dmarroso@omm.com
cbloom@omm.com

Stephen McIntyre (*pro hac vice forthcoming*)
O'MELVENY & MEYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
smcintyre@omm.com

*Attorneys for Defendants The Real Brokerage Inc. and Real Broker, LLC*


*/s/ Karrie J. Clinkinbeard*
Karrie J. Clinkinbeard, MO #51413
ARMSTRONG TEASDALE LLP
2345 Grand Blvd, Suite 1500
Kansas City, MO 64108-2617
Telephone: (816) 221-3420
Facsimile: (816) 221-0786
kclinkinbeard@atllp.com

Stephen J. Siegel (*admitted pro hac vice*)
Andrew D. Campbell (*pro hac vice application forthcoming*)
Elizabeth C. Wolicki (*admitted pro hac vice*)
Julie Johnston-Ahlen (*admitted pro hac vice*)
ARMSTRONG TEASDALE LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
ssiegel@atllp.com
acampbell@atllp.com
ewolicki@atllp.com
jja@atllp.com

*/s/ James D. Lawrence*
James D. Lawrence, MO #53411
BRYAN CAVE LEIGHTON PAISNER LLP
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
Email: jim.lawrence@bclplaw.com

Timothy R. Beyer (*admitted pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
Email: tim.beyer@bclplaw.com

Lindsay Sklar Johnson (*admitted pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
Email: lindsay.johnson@bclplaw.com

Emilee L. Hargis, MO #69119
BRYAN CAVE LEIGHTON PAISNER LLP

Michael Gehret (*pro hac vice application forthcoming*)
ARMSTRONG TEASDALE LLP
222 South Main Street, Suite 1830
Salt Lake City, UT 84101
(801) 401-1600
mgehret@atllp.com

Francis X. Riley III (*admitted pro hac vice*)
SAUL EWING LLP
650 College Road East, 4th Floor
Princeton, NJ 08540
(609) 452-3150
francis.riley@saul.com

*Attorneys for Defendants eXp World Holdings, Inc. and eXp Realty, LLC*

211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2028
Email: emilee.hargis@bclplaw.com

*Attorneys for Defendant United Real Estate*

/s/ Charles W. Hatfield
Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

Ethan Glass (*pro hac vice application forthcoming*)
Samantha Strauss (*pro hac vice application forthcoming*)
Georgina Inglis (*pro hac vice application forthcoming*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
sastrauss@cooley.com

/s/ Jacob S. Madsen
Scott E. Anderson (admitted *pro hac vice*)
Jacob S. Madsen (admitted *pro hac vice*)
Matt N. Foree (admitted *pro hac vice*)
Cameron Regnary (admitted *pro hac vice*)
FREEMAN MATHIS & GARY LLP
100 Galeria Pkwy, Ste 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
scott.anderson@fmglaw.com
jacob.madsen@fmglaw.com
mforee@fmglaw.com
cameron.regnery@fmglaw.com

John L. Mullen (MO #42309)
Christopher M. Harper (MO #59000)
FRANKE SCHULTZ & MULLEN, PC
8900 Ward Parkway
Kansas City, MO 64114
T: (816) 421-7100
F: (816) 421-7915
jmullen@fsmlawfirm.com

10

| | |
|---|---|
| ginglis@cooley.com | charper@fsmlawfirm.com |
| Beatriz Mejia (*pro hac vice application forthcoming*)<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>(415) 693-2000<br>mejiab@cooley.com | *Attorneys for Defendant HomeSmart International, LLC* |
| Sarah Topol (*pro hac vice application forthcoming*)<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 479-6000<br>stopol@cooley.com | |
| *Attorneys for Defendant National Association of Realtors®* | |
| /s/ Timothy Ray<br>Timothy Ray (*pro hac vice forthcoming*)<br>timothy.ray@hklaw.com<br>HOLLAND & KNIGHT LLP<br>150 North Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>(312) 263-3600 | /s/ Robert Adams<br>Robert Adams, MO #34612<br>Michael S. Cargnel, MO #52631<br>Hannah M. Smith, MO #73949<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>(816) 559-2101<br>rtadams@shb.com<br>mcargnel@shb.com |
| David C. Kully (*pro hac vice forthcoming*)<br>david.kully@hklaw.com<br>Anna P. Hayes (*pro hac vice forthcoming*)<br>anna.hayes@hklaw.com<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC 20530<br>(202) 469-5415 | Seth P. Waxman (*pro hac vice application forthcoming*)<br>Karin Dryhurst (*pro hac vice application forthcoming*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 663-6000<br>seth.waxman@wilmerhale.com<br>karin.dryhurst@wilmerhale.com |
| Dina W. McKenney (*pro hac vice forthcoming*)<br>dina.mckenney@hklaw.com<br>HOLLAND & KNIGHT LLP<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>(214) 969-1757 | |

*Counsel for Keller Williams Realty, Inc.*

David Z. Gringer (*pro hac vice application forthcoming*)
Emily Barnet (*pro hac vice application forthcoming*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Eric Soller (*pro hac vice application forthcoming*)
William Pietragallo II (*pro hac vice application forthcoming*)
Quintin DiLucente (*pro hac vice application forthcoming*)
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
EGS@Pietragallo.com
WP@Pietragallo.com
QD@Pietragallo.com

*Counsel for Defendant Hanna Holdings, Inc.*

*/s/ Elizabeth A. Vasseur-Browne*
Elizabeth A. Vasseur-Brown, 58491
lbrowne@coolinglaw.com
COOLING & HERBES, P.C.
2400 City Center Square
1100 Main Street
Kansas City, Missouri 64105
Telephone: (816) 474-0777
Facsimile: (816) 472-0890

Robert J. Palmersheim (*pro hac vice pending*)
rpalmersheim@honigman.com
Molly K. McGinley (*pro hac vice pending*)
mmcginley@honigman.com
Timothy G. Parilla (*pro hac vice pending*)

12

tparilla@honigman.com
HONIGMAN LLP
155 North Wacker Drive, Suite 3100
Chicago, Illinois 60606
Telephone: (312) 701-9300
Facsimile: (312) 701-9335

*Attorneys for Defendant At World Properties, LLC*

13

Case 4:23-cv-00945-SRB   Document 79   Filed 01/24/24   Page 13 of 14

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/S/ Daniel A. Sasse*
Daniel A. Sasse
*Attorney for Defendant Compass, Inc.*