# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DANIEL UMPA, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) 4:23-cv-00945-SRB ) |
| v. | ) Judge Stephen R. Bough ) |
| THE NATIONAL ASSOCIATION OF REALTORS et al., | ) **ORAL ARGUMENT REQUEST** ) ) |
| Defendants. | ) ) |

## THE LONG & FOSTER COMPANIES, INC.'S[1] MOTION TO STRIKE CLASS ALLEGATIONS IN FAVOR OF ARBITRATION

February 26, 2024

| | |
|---|---|
| Robert D. MacGill (*phv*) | Jay N. Varon (*phv* pending) |
| Matthew T. Ciulla (*phv*) | Jennifer M. Keas (*phv* pending) |
| J. Cecelia Satterthwaite (*phv*) | **FOLEY & LARDNER LLP** |
| **MACGILL PC** | 3000 K Street NW, Suite 600 |
| 156 E. Market St., Suite 1200 | Washington, D.C. 20007 |
| Indianapolis, IN 46204 | (202) 672-5300 |
| (317) 721-1253 | |
| | |
| Brian C. Fries | |
| **LATHROP GPM, LLP** | |
| 2345 Grand Blvd. Suite 2200 | |
| Kansas City, MO 64108 | |
| 816.460.5326 | |

---

[1] Joined by all HomeServices Defendants. "HomeServices," "the HomeServices Defendants," and/or "HSDs" means: HomeServices of America, Inc.; BHH Affiliates, LLC; HSF Affiliates, LLC; and The Long & Foster Companies, Inc. The Long & Foster Companies, Inc. reserves all personal jurisdiction arguments, and it makes this motion in the alternative—only to be considered if its personal jurisdiction objections are overruled.

For the reasons stated in the accompanying Suggestions in Support, together with all exhibits attached thereto, the HomeServices Defendants respectfully move the Court to strike the class definition with respect to any class member who signed an arbitration agreement in Doc. 157-12 (Long & Foster Declaration and accompanying Declaration Exhibits) and require its amendment to excise the arbitrating, unnamed, absent class members.

No class can be certified. The Eighth Circuit thus directs the Court to require the plaintiff to redefine it. The motion to strike should be granted.

Dated: February 26, 2024

/s/ *Robert D. MacGill*

Robert D. MacGill (*phv*)
Matthew T. Ciulla (*phv*)
J. Cecelia Satterthwaite (*phv*)
**MACGILL PC**
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com
Cecelia.Satterthwaite@MacGillLaw.com

Jay N. Varon (*phv* pending)
Jennifer M. Keas (*phv* pending)
**FOLEY & LARDNER LLP**
3000 K Street NW, Suite 600
Washington, D.C. 20007
(202) 672-5300
jvaron@foley.com
jkeas@foley.com

Brian C. Fries
**LATHROP GPM, LLP**
2345 Grand Blvd. Suite 2200
Kansas City, MO 64108
816.460.5326
brian.fries@lathropgpm.com

*Counsel for the HomeServices Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on February 26, 2024 on all counsel of record by virtue of the Court's CM/ECF System.

*/s/ Matthew T. Ciulla*