IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DANIEL UMPA, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:23-cv-00945-SRB<br>) |
| THE NATIONAL ASSOCIATION OF REALTORS, HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., KELLER WILLIAMS REALTY, INC., COMPASS, INC., EXP WORLD HOLDINGS, INC., EXP REALTY, LLC, REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HANNA HOLDINGS, INC, DOUGLAS ELLIMAN, INC., DOUGLAS ELLIMAN REALTY, LLC, AT WORLD PROPERTIES, LLC, THE REAL BROKERAGE INC., REAL BROKER, LLC, REALTY ONE GROUP, INC., HOMESMART INTERNATIONAL, LLC. | ) Hon. Stephen R. Bough<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

**DEFENDANT THE LONG & FOSTER COMPANIES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant The Long & Foster Companies, Inc. ("L&F Companies") hereby respectfully moves to dismiss Plaintiff's complaint (Dkt. # 1) ("Complaint") against it, with prejudice, under Federal Rule of Civil Procedure 12(b)(2) on the grounds that L&F Companies is not subject to personal jurisdiction in the Western District of Missouri.[1] The grounds for this Motion are more

---

[1] The HomeServices Defendants expressly reserve and assert, and do not waive, their binding arbitration rights.

fully set forth in the accompanying Suggestions and Declaration of J. Nicolas D'Ambrosia, all filings and pleadings in this action, and all filings and on such other and further matters as the Court may consider.

Dated: February 26, 2024

Respectfully submitted,

*/s/ Jennifer M. Keas*
Jennifer M. Keas, *pro hac vice*
Jay N. Varon, *pro hac vice*
FOLEY & LARDNER LLP
3000 K Street NW, Ste. 600
Washington DC 20007
jvaron@foley.com
jkeas@foley.com

Robert D. MacGill, *pro hac vice*
Scott E. Murray, *pro hac vice*
Matthew T. Ciulla, *pro hac vice*
MACGILL PC
156 E. Market St., Ste. 1200
Indianapolis, IN 46204
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
matthew.ciulla@macgilllaw.com

LATHROP GPM LLP
Brian C. Fries MO # 40830
2345 Grand Ave., Ste. 2200
Kansas City, MO 64108
brian.fries@lathropgpm.com

***Attorneys for Defendants HomeServices of America, Inc., The Long & Foster Companies, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC***

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February 2024, I electronically filed the foregoing **The Long & Foster Companies, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

*/s/ Jennifer M. Keas*
An attorney for Defendants HomeServices of America, Inc., The Long & Foster Companies, Inc., HSF Affiliates, LLC, and BHH Affiliates, LLC
