IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DANIEL UMPA, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, *et al.*,<br><br>                Defendants. | Case No. 4:23-cv-00945<br><br>Honorable Stephen R. Bough<br><br>**Oral Argument Requested** |

## DEFENDANTS EXP WORLD HOLDINGS, INC. AND EXP REALTY, LLC'S RULE 12(f) MOTION TO STRIKE CLASS ALLEGATIONS AS TO ARBITRATING CLASS MEMBERS

      Defendants eXp World Holdings, Inc. and eXp Realty, LLC (collectively, "eXp"), through their undersigned attorneys, respectfully submit this Rule 12(f) Motion to Strike Class Allegations as to Arbitrating Class Members (the "Motion to Strike"). The class allegations and class definition set forth in the Complaint include putative class members who are bound to arbitrate their claims and/or waived any rights to participate in a class action pursuant to listing agreements or other agreements enforceable by eXp. For the reasons set forth in Defendants eXp World Holdings, Inc. And eXp Realty, LLC's Suggestions In Support Of Their Separate Rule 12(F) Motion To Strike Class Allegations As To Arbitrating Class Members, eXp respectfully requests that this Court: (A) grant eXp's Motion to Strike; (B) strike "Arbitrating Class Members" from Plaintiffs' class allegations and the proposed class definition in the Complaint; (C) alternatively, the Court should stay all putative or actual claims of the Arbitrating Class Members pending a ruling on a motion to compel arbitration and/or a ruling on class certification; and (D) grant eXp such other and further relief as is appropriate.

Dated:  February 26, 2024

Respectfully submitted,

EXP WORLD HOLDINGS, INC. and
EXP REALTY, LLC

By:  /s/ Stephen J. Siegel
       One of Their Attorneys

Tyson H. Ketchum
*tketchum@atllp.com*
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
(816) 221-3420

Stephen J. Siegel (*admitted pro hac vice*)
*ssiegel@atllp.com*
Andrew D. Campbell (*admitted pro hac vice*)
*acampbell@atllp.com*
Elizabeth C. Wolicki (*admitted pro hac vice*)
*ewolicki@atllp.com*
Julie Johnston-Ahlen (*admitted pro hac vice*)
*jja@atllp.com*
Armstrong Teasdale LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael Gehret (*admitted pro hac vice*)
*mgehret@atllp.com*
Armstrong Teasdale LLP
222 South Main Street, Suite 1830
Salt Lake City, UT 84101
(801) 401-1600

Francis X. Riley III (*pro hac vice application forthcoming*)
*francis.riley@saul.com*
Saul Ewing LLP
650 College Road East, Suite 4000
Princeton, NJ 08540-6603
(609) 452-3150

**Attorneys for Defendants eXp World Holdings, Inc. and eXp Realty, LLC**

## **CERTIFICATE OF SERVICE**

Stephen J. Siegel, an attorney, hereby certifies that, on February 26, 2024, he caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    */s/ Stephen J. Siegel*