IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL UMPA, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | Case No. 4:23-cv-00945-SRB |
| Plaintiffs, | ) ) | |
| | ) | Hon. Stephen R. Bough |
| v. | ) ) | |
| THE NATIONAL ASSOCIATION OF REALTORS, HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., KELLER WILLIAMS REALTY, INC., COMPASS, INC., EXP WORLD HOLDINGS, INC., EXP REALTY, LLC, REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HANNA HOLDINGS, INC, DOUGLAS ELLIMAN, INC., DOUGLAS ELLIMAN REALTY, LLC, AT WORLD PROPERTIES, LLC, THE REAL BROKERAGE, INC., REAL BROKER, LLC, REALTY ONE GROUP, INC., HOMESMART INTERNATIONAL, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Oral Argument Requested** |
| Defendants. | ) ) ) ) | |

**MOTION OF COMPASS, INC. TO STRIKE CLASS ALLEGATIONS**

Pursuant to Fed. R. Civ. P. 12(f), defendant Compass, Inc. ("Compass"), by its attorneys, moves to strike Plaintiff's allegation of a nationwide class from the Class Action Complaint ("Complaint") on the basis that Plaintiff's alleged class includes certain putative class members who entered into agreements with Compass to arbitrate their disputes and putative class members who waived their ability to participate in class actions against Compass. In support of this

1

motion, Compass relies on its brief that is being filed concurrently and the Declaration of Chahira Solh accompanying that brief – as well as the pleadings and records on file with this Court and such argument as may be presented at any hearing on this motion. As set forth in the accompanying brief, the overbroad class action allegations should be stricken from the complaint.

Dated: February 26, 2024

Respectfully submitted,

*/s/ Daniel A. Sasse*
Daniel A. Sasse (MO # 48997)
Chahira Solh (admitted *pro hac vice*)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
T: (949) 263-8400
F: (949) 263-8414
dsasse@crowell.com
csolh@crowell.com

*Attorneys for Defendant Compass, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

                                      */s/ Daniel A. Sasse*
                                      Daniel A. Sasse
                                      *Attorney for Defendant Compass, Inc.*

1
Case 4:23-cv-00945-SRB   Document 193   Filed 02/26/24   Page 3 of 3