IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DANIEL UMPA, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) THE NATIONAL ASSOCIATION OF REALTORS, et al., ) ) ) Defendants. ) ) | Case No. 4:23-cv-00945-SRB<br><br>Judge Stephen R. Bough<br><br>**Oral Argument Requested** |

## MOTION OF AT WORLD PROPERTIES, LLC TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 12(B)(2) AND 12(B)(6)

Pursuant to Rules 12(b)(2) and 12(b)(6) Federal Rules of Civil Procedure, and in accordance with the scheduling Order of this Court, Defendant At World Properties, LLC, ("@properties"), by its attorneys, moves to be dismissed from this action for lack of personal jurisdiction and, alternatively, to dismiss the Complaint for failure to state a cause of action. This Court lacks personal jurisdiction over @properties both under the Missouri long-arm statute, Mo. Rev. Stat. § 506.500, and under Section 12 of the Clayton Act, 15 U.S.C. § 22. Alternatively, Plaintiff's claim against @properties should be dismissed under Rule 12(b)(6) because: (a) Plaintiff fails to state a plausible claim against @properties as his allegations are limited to impermissible group pleading and the sole @properties-specific allegation is contradicted by the document Plaintiff relies upon; and (b) @properties is not a party to the sole agreement that purportedly links @properties to the alleged conspiracy.

In support of this motion, @properties relies on (a) the Suggestions submitted in support of its Suggestions that are being filed concurrently with this motion; (b) the Declaration of John D'Ambrogio being submitted with those Suggestions; and (c) the arguments set forth in the

forthcoming Corporate Defendants' Suggestions in Support of Defendants' Joint Motion to Dismiss pursuant to Federal Rule Civil Procedure 12(b)(6). In addition, @properties relies on the pleadings and records on file with this Court and such argument as may be presented at any hearing on this motion.

Dated: February 26, 2024

Respectfully submitted,

**COOLING & HERBERS, P.C.**

By: */s// Elizabeth A. Vasseur-Browne*
Elizabeth A. Vasseur-Browne, 58491
lbrowne@coolinglaw.com
2400 City Center Square
1100 Main Street
Kansas City, Missouri 64105
Telephone: (816) 474-0777
Facsimile: (816) 472-0890

**HONIGMAN LLP**

Robert J. Palmersheim (admitted *pro hac vice*)
rpalmersheim@honigman.com
Molly K. McGinley (admitted *pro hac vice*)
mmcginley@honigman.com
Timothy G. Parilla (admitted *pro hac vice*)
tparilla@honigman.com
155 North Wacker Drive, Suite 3100
Chicago, Illinois 60606
Telephone: (312) 701-9300
Facsimile: (312) 701-9335

*Attorneys for At World Properties, LLC*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 26, 2024, the foregoing **MOTION OF AT WORLD PROPERTIES, LLC TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 12(B)(2) AND 12(B)(6)** was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record.

*/s// Elizabeth A. Vasseur-Browne*
Elizabeth A. Vasseur-Browne