IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DANIEL UMPA, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 4:23-CV-00945 |
| v. | ) |
| | ) Honorable Stephen R. Bough |
| NATIONAL ASSOCIATION OF REALTORS, ET AL., | )<br>) Oral Argument Requested |
| Defendants. | ) |

## CORPORATE DEFENDANTS' MOTION TO DISMISS

Defendants Compass, Inc., eXp World Holdings, Inc., eXp Realty, LLC, Weichert Realtors, Hanna Holdings, Inc., Douglas Elliman Inc., Douglas Elliman Realty, LLC, At World Properties, LLC, The Real Brokerage Inc., Real Broker, LLC, Realty One Group, Inc., Homesmart International, LLC, HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc. and United Real Estate (collectively, "Corporate Defendants") respectfully move the Court to dismiss Plaintiff's Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Those Corporate Defendants who have separately moved to dismiss pursuant to Rule 12(b)(2) join this motion to dismiss pursuant to Rule 12(b)(6) in the alternative. In support, Corporate Defendants rely on the Suggestions submitted alongside this motion.

Dated:  February 26, 2024                              Respectfully submitted,

*/s/ Daniel A. Sasse*                                  */s/ Marc E. Kasowitz*
Daniel A. Sasse (MO #48997)                            Marc E. Kasowitz (*pro hac vice*)
Chahira Solh (*pro hac vice*)                          Hector Torres (*pro hac vice*)
CROWELL & MORING LLP                                   Kenneth R. David (*pro hac vice*)
3 Park Plaza, 20th Floor                               KASOWITZ BENSON TORRES LLP
Irvine, CA 92614                                       1633 Broadway
T: (949) 263-8400                                      New York, NY 10019
F: (949) 263-8414                                      T: (212) 506-1700
dsasse@crowell.com                                     F: (212) 506-1800
csolh@crowell.com                                      mkasowitz@kasowitz.com
                                                       htorres@kasowitz.com
*Attorneys for Defendant Compass, Inc.*                kdavid@kasowitz.com

                                                       Constantine "Dean" Z. Pamphilis
                                                       (*pro hac vice*)
                                                       J. Michael Wilson (*pro hac vice*)
                                                       KASOWITZ BENSON TORRES LLP
                                                       1415 Louisiana Street, Suite 2100
                                                       Houston, TX  77002
                                                       T: (713) 220-8800
                                                       F: (713) 222-0843
                                                       dpamphilis@kasowitz.com
                                                       mwilson@kasowitz.com.

                                                       Daniel P. Johnson (MO #68966)
                                                       Trina R. Ricketts (MO #46080)
                                                       OGLETREE, DEAKINS, NASH, SMOAK &
                                                       STEWART, P.C.
                                                       700 W. 47th Street, Suite 500
                                                       Kansas City, MO 64112
                                                       T: (816) 471-1301
                                                       F: (816) 471-1303
                                                       trina.ricketts@ogletree.com
                                                       daniel.johnson@ogletree.com

                                                       *Attorneys for Defendants Douglas Elliman Inc.*
                                                       *and Douglas Elliman Realty, LLC*

*/s/ Leo D. Caseria*                                   */s/ Dylan I. Ballard*
Leo D. Caseria (*pro hac vice*)                        Michael W. Scarborough (*pro hac vice*)
Ann O'Brien (*pro hac vice*)                           Dylan I. Ballard (*pro hac vice*)
Christopher Loveland (*pro hac vice*)                  VINSON & ELKINS LLP
SHEPPARD, MULLIN, RICHTER &                            555 Mission Street, Suite 2000

HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
T: (202) 747-1925
lcaseria@sheppardmullin.com
aobrien@sheppardmullin.com
cloveland@sheppardmullin.com

Helen C. Eckert (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
T: (415) 434-9100
heckert@sheppardmullin.com

Amanda Pennington Ketchum (MO #51011)
DYSART TAYLOR COTTER MCMONIGLE
& BRUMITT, P.C.
700 W. 47th Street, Suite 410
Kansas City, MO 64112
T: (816) 931-2700
aketchum@dysarttaylor.com

*Attorneys for Defendant Realty One Group, Inc.*

/s/ Tyson H. Ketchum
Tyson H. Ketchum
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
T: (816) 221-3420
tketchum@atllp.com

Stephen J. Siegel (*pro hac vice*)
Andrew D. Campbell (*pro hac vice*)
Elizabeth C. Wolicki (*pro hac vice*)
Julie Johnston-Ahlen (*pro hac vice*)
ARMSTRONG TEASDALE LLP
100 North Riverside Plaza
Chicago, IL 60606
T: (312) 419-6900
ssiegel@atllp.com
acampbell@atllp.com

San Francisco, CA 94105
T: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes (*pro hac vice*)
Stephen M. Medlock (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
T: (202) 639-6500
ahudes@velaw.com
smedlock@velaw.com

William D. Beil (MO #33922)
GM LAW PC
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
T: (816) 471-7700
billb@gmlawpc.com

*Attorneys for Defendant Weichert Realtors*

/s/ David Marroso

David Marroso (*pro hac vice*)
Craig Bloom (*pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
T: (310) 553-6700
dmarroso@omm.com
cbloom@omm.com

Stephen McIntyre (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
T: (213) 430-6000
smcintyre@omm.com

Jennifer B. Wieland (MO #57271)

3

ewolicki@atllp.com
jja@atllp.com

Michael Gehret (*pro hac vice*)
ARMSTRONG TEASDALE LLP
222 South Main Street, Suite 1830
Salt Lake City, UT 84101
T: (801) 401-1600
mgehret@atllp.com

Francis X. Riley III (*pro hac vice*)
SAUL EWING LLP
650 College Road East, Suite 4000
Princeton, NJ 08540-6603
T: (609) 452-3150
francis.riley@saul.com

*Attorneys for Defendants eXp World Holdings, Inc. and eXp Realty, LLC*

BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
T: (816) 561-7007
F: (816) 561-1888
jwieland@berkowitzoliver.com

*Attorneys for Defendants The Real Brokerage Inc. and Real Broker, LLC*

/s/ Jacob S. Madsen
Scott E. Anderson (*pro hac vice*)
Jacob S. Madsen (*pro hac vice*)
Matt N. Foree (*pro hac vice*)
Cameron Regnary (*pro hac vice*)
FREEMAN MATHIS & GARY LLP
100 Galeria Pkwy, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
scott.anderson@fmglaw.com
jacob.madsen@fmglaw.com
mforee@fmglaw.com
cameron.regnary@fmglaw.com

John L. Mullen (MO #42309)
Christopher M. Harper (MO #59000)
FRANKE SCHULTZ & MULLEN, PC
8900 Ward Parkway
Kansas City, MO 64114
T: (816) 421-7100
F: (816) 421-7915
jmullen@fsmlawfirm.com
charper@fsmlawfirm.com

/s/ James D. Lawrence
James D. Lawrence (MO #53411)
BRYAN CAVE LEIGHTON PAISNER LLP
1200 Main St., Suite 3800
Kansas City, MO 64105
T: (816) 374-3200
jim.lawrence@bclplaw.com

Timothy R. Beyer (*pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, #4100
Denver, CO 80203
T: (303) 866-7000
tim.beyer@bclplaw.com

Lindsay Sklar Johnson (*pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
T: (404) 572-6600
lindsay.johnson@bclplaw.com

Emilee L. Hargis (MO #69119)
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600

*Attorneys for Defendant HomeSmart International, LLC*

/s/ Elizabeth A. Vasseur-Browne
Elizabeth A. Vasseur-Brown (MO #58491)
COOLING & HERBES, P.C.
1100 Main Street, Suite 2400
Kansas City, Missouri 64105
T: (816) 474-0777
F: (816) 472-0890
lbrowne@coolinglaw.com

Robert J. Palmersheim (*pro hac vice*)
Molly K. McGinley (*pro hac vice*)
Timothy G. Parilla (*pro hac vice*)
HONIGMAN LLP
155 North Wacker Drive, Suite 3100
Chicago, Illinois 60606
T: (312) 701-9300
F: (312) 701-9335
rpalmersheim@honigman.com
mmcginley@honigman.com
tparilla@honigman.com

*Attorneys for Defendant At World Properties, LLC*

St. Louis, MO 63102
T: (314) 259-2028
emilee.hargis@bclplaw.com

*Attorneys for Defendant United Real Estate*

/s/ Seth P. Waxman
Seth P. Waxman (*pro hac vice*)
Karin Dryhurst (*pro hac vice*)
Claire Bergeron (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
T: (202) 663-6000
seth.waxman@wilmerhale.com
karin.dryhurst@wilmerhale.com
claire.bergeron@wilmerhale.com

David Z. Gringer (*pro hac vice*)
Emily Barnet (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: (212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Robert Adams (MO #34612)
Michael S. Cargnel (MO #52631)
Hannah M. Smith (MO #73949)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
T: (816) 559-2101
rtadams@shb.com
mcargnel@shb.com

Eric Soller (*pro hac vice application forthcoming*)
William Pietragallo II (*pro hac vice application forthcoming*)
Quintin DiLucente (*pro hac vice application*

5

*forthcoming*)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
T: (412) 263-1836
EGS@Pietragallo.com
WP@Pietragallo.com
QD@Pietragallo.com

*Counsel for Defendant Hanna Holdings, Inc.*

/s/ Robert D. MacGill
Robert D. MacGill (*pro hac vice*)
Matthew T. Ciulla (*pro hac vice*)
J. Cecelia Satterthwaite (*pro hac vice*)
MACGILL PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
T: (317) 721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com
Cecelia.Satterthwaite@MacGillLaw.com

Jay N. Varon (*pro hac vice*)
Jennifer M. Keas (*pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, D.C. 20007
T: (202) 672-5300
jvaron@foley.com
jkeas@foley.com

Brian C. Fries
LATHROP GPM, LLP
2345 Grand Blvd. Suite 2200
Kansas City, MO 64108
T: (816) 460-5326
brian.fries@lathropgpm.com

*Counsel for the HomeServices Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

><br>
><br>*/s/ Daniel A. Sasse*
>Daniel A. Sasse
>*Attorney for Defendant Compass, Inc.*

1