IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DANIEL UMPA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., KELLER WILLIAMS, REALTY, INC., COMPASS, INC., EXP WORLD HOLDINGS, INC., EXP REALTY, LLC, REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HANNA HOLDINGS, INC., DOUGLAS ELLIMAN, INC., DOUGLAS ELLIMAN REALTY, LLC, AT WORLD PROPERTIES, LLC, THE REAL BROKERAGE, INC., REAL BROKER, LLC, REALTY ONE GROUP, INC., HOMESMART INTERNATIONAL, LLC,<br><br>Defendants. | Case No. 4:23-cv-00945-SRB<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Honorable Stephen R. Bough |

**DEFENDANTS DOUGLAS ELLIMAN INC.'S AND DOUGLAS ELLIMAN REALTY, LLC'S INDIVIDUAL MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND TO STRIKE CLASS ALLEGATIONS PURSUANT TO RULES 12(f) AND 23(d)(1)(D)**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(f), and 23(d)(1)(D), and in accordance with the Scheduling Order of this Court, Defendants Douglas Elliman Inc. and Douglas Elliman Realty, LLC (collectively, the "Douglas Elliman Defendants" or "Douglas Elliman"), by and through their undersigned counsel, move to dismiss the Class Action Complaint (the "Complaint") filed by Plaintiff Daniel Umpa, individually and on behalf of all others similarly situated, for failure to state a claim, and to strike all class action allegations in the Complaint to

the extent that they do not exclude putative class members who have signed agreements to arbitrate or waive claims which Douglas Elliman can enforce in this action. In support of this motion, the Douglas Elliman Defendants rely upon Defendants Douglas Elliman Inc. and Douglas Elliman Realty, LLC's Suggestions in Support of Their Individual Motion to Dismiss Pursuant to Rule 12(b)(6) and to Strike Class Allegations Pursuant to Rules 12(f) and 23(d)(1)(D) (the "Douglas Elliman Suggestions"), which is filed contemporaneously herewith and incorporated by reference. The Douglas Elliman Defendants also rely upon the Suggestions in Support of Defendants' Joint Motion to Dismiss (ECF No. 201), the pleadings and records on file with this Court, any other motions to dismiss and suggestions in support of same concurrently filed by any other defendant in this action, and such argument as may be presented at any hearing on this motion.[1]

As further set forth in the Douglas Elliman Suggestions, Plaintiff has not plausibly alleged either of the Douglas Elliman Defendants' involvement in a conspiracy under Section 1 of the Sherman Act. Plaintiff has not plead facts sufficient to demonstrate the Douglas Elliman Defendants' involvement in any purported conspiracy, nor can Plaintiff sustain the argument that membership in a trade association alone meets its pleading burden. Without pleading any facts particular to the Douglas Elliman Defendants that allege their involvement, Plaintiff has failed to plausibly allege the Douglas Elliman Defendants' involvement in any purported conspiracy under Section 1. The claims against the Douglas Elliman Defendants should therefore be dismissed.

In addition, Douglas Elliman intends to invoke, and does not waive, its rights concerning any putative class members who have signed agreements with applicable arbitration clauses or class actions waivers. While the named plaintiff in this action appears not to have signed such an

---

[1] In addition to the reasons for dismissal detailed in the Douglas Elliman Suggestions, the Douglas Elliman Defendants further incorporate the arguments set forth in their contemporaneously filed Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) for Lack of Personal Jurisdiction and Improper Venue. (*See* ECF No. 171.)

agreement, to the extent that members of the putative class did sign agreements with such arbitration or mediation clauses or class action waivers, Douglas Elliman now moves to enforce its arbitration, mediation, and class action waiver rights. The Eighth Circuit has clarified that those rights are not waived as to absent class members by moving to enforce them after a class is certified. Nonetheless, for the avoidance of any doubt, Douglas Elliman moves, pursuant to Rules 12(f) and 23(d)(1)(D), to strike the class allegations because of Plaintiff's failure to exclude from the putative class, those members who have signed agreements that contain an arbitration provision or class action waiver that apply to Douglas Elliman.

Dated: February 26, 2024
New York, New York

Respectfully submitted,

/s/ Marc E. Kasowitz
Marc E. Kasowitz (*pro hac vice*)
Hector Torres (*pro hac vice*)
Kenneth R. David (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Phone: 212.506.1700
Facsimile: 212.506.1800
Email: mkasowitz@kasowitz.com
Email: htorres@kasowitz.com
Email: kdavid@kasowitz.com

Constantine "Dean" Z. Pamphilis (*pro hac vice*)
J. Michael Wilson (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1415 Louisiana Street, Suite 2100
Houston, TX 77002
Phone: 713.220.8800
Facsimile: 713.222.0843
Email: dpamphilis@kasowitz.com
Email: mwilson@kasowitz.com

Trina R. Ricketts, MO # 46080
Daniel P. Johnson, MO #68966
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
700 W. 47th Street, Suite 500
Kansas City, MO 64112

Phone: 816.471.1301
Facsimile: 816.471.1303
Email: trina.ricketts@ogletree.com
Email: daniel.johnson@ogletree.com

*Attorneys for Defendants Douglas Elliman Inc. and Douglas Elliman Realty, LLC*

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 26 day of February, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will provide an electronic copy to the following:

| | |
|---|---|
| Nathan Emmons<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>455 N. Cityfront Plaza Drive, Suite 2410<br>Chicago, IL 60611<br>Phone:  708.628.4949<br>Facsimile:  708.628.4950<br>Email: nathane@hbsslaw.com<br><br>Jeannie Evans<br>Steve W. Berman<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>Phone:  206.623.7292<br>Email: jeannie@hbsslaw.com<br>Email: steve@hbsslaw.com<br><br>Rio Pierce<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Phone:  510.725.3042<br>Email: riop@hbsslaw.com<br><br>Alexander Aiken<br>Floyd G. Short<br>Matthew R. Berry<br>**SUSMAN GODFREY LLP**<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>Phone:  206.516.3880<br>Email: aaiken@susmangodfrey.com<br>Email:  fshort@susmangodfrey.com<br>Email:  mberry@susmangodfrey.com | Beatrice Franklin<br>**SUSMAN GODFREY LLP**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Phone:  212.336.8330<br>Email: bfranklin@susmangodfrey.com<br><br>Marc M. Seltzer<br>**SUSMAN GODFREY LLP**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Phone:  310.789.3100<br>Email: mseltzer@susmangodfrey.com<br><br>Daniel H. Silverman<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>769 Centre Street, Suite 207<br>Boston, MA 02130<br>Phone:  617.858.1990<br>Email: dsilverman@cohenmilstein.com<br><br>Robert A Braun<br>Brian Johnson<br>Benjamin D. Brown<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Ave., NW, Suite 500<br>Washington, DC 20005<br>Phone:  202.408.4600<br>Email: rbraun@cohenmilstein.com<br>Email: bejohnson@cohenmilstein.com<br>Email:  bbrown@cohenmilstein.com |

**ATTORNEYS FOR PLAINTIFFS AND THE CLASS**

| | |
|---|---|
| Alexander Barrett<br>Charles W. Hatfield<br>**STINSON LLP**<br>230 W. McCarty Street<br>Jefferson City, MO 65101<br>Phone: 573.556.3601<br>Facsimile: 573.556.3637<br>Email: alexander.barrett@stinson.com<br>Email: chuck.hatfield@stinson.com<br><br>Samantha Strauss<br>Georgina Inglis<br>Ethan Glass<br>**COOLEY LLP**<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20004<br>Phone: 202.842.7800<br>Email: sastrauss@cooley.com<br>Email: ginglis@cooley.com<br>Email: eglass@cooley.com | Sarah M. Topol<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>Phone: 212.479.6000<br>Email: stopol@cooley.com<br><br>Beatriz Mejia<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Phone: 415.693.2000<br>Email: mejiab@cooley.com |

**ATTORNEYS FOR THE NATIONAL ASSOCIATION OF REALTORS**

| | |
|---|---|
| Brian C. Fries<br>**LATHROP GPM LLP**<br>2345 Grand Avenue, Suite 2200<br>Kansas City, MO 64108<br>Phone: 816-292-2000<br>Fax: 816-292-2001<br>Email: brian.fries@lathropgpm.com | Matthew T. Ciulla<br>Robert D. MacGill<br>J. Cecelia Satterthwaite<br>**MACGILL PC**<br>156 E. Market St., Suite 1200<br>Indianapolis, IN 46204<br>Phone: 317-961-5086<br>Email: matthew.ciulla@macgilllaw.com<br>Email: robert.macgill@macgilllaw.com<br>Email: cecelia.satterthwaite@macgilllaw.com |

**ATTORNEYS FOR HOMESERVICES OF AMERICA, INC.**

| | |
|---|---|
| Brian C. Fries<br>**LATHROP GPM LLP**<br>2345 Grand Avenue, Suite 2200<br>Kansas City, MO 64108<br>Phone: 816-292-2000<br>Fax: 816-292-2001<br>Email: brian.fries@lathropgpm.com | Matthew T. Ciulla<br>Robert D. MacGill<br>J. Cecelia Satterthwaite<br>**MACGILL PC**<br>156 E. Market St., Suite 1200<br>Indianapolis, IN 46204<br>Phone: 317-961-5086<br>Email: matthew.ciulla@macgilllaw.com<br>Email: robert.macgill@macgilllaw.com<br>Email: cecelia.satterthwaite@macgilllaw.com |

**ATTORNEYS FOR BHH AFFILIATES, LLC**

| | |
|---|---|
| Brian C. Fries<br>**LATHROP GPM LLP**<br>2345 Grand Avenue, Suite 2200<br>Kansas City, MO 64108<br>Phone: 816-292-2000<br>Fax: 816-292-2001<br>Email: brian.fries@lathropgpm.com | Matthew T. Ciulla<br>Robert D. MacGill<br>J. Cecelia Satterthwaite<br>**MACGILL PC**<br>156 E. Market St., Suite 1200<br>Indianapolis, IN 46204<br>Phone: 317-961-5086<br>Email: matthew.ciulla@macgilllaw.com<br>Email: robert.macgill@macgilllaw.com<br>Email: cecelia.satterthwaite@macgilllaw.com |
| **ATTORNEYS FOR HSF AFFILIATES, LLC** ||
| Brian C. Fries<br>**LATHROP GPM LLP**<br>2345 Grand Avenue, Suite 2200<br>Kansas City, MO 64108<br>Phone: 816-292-2000<br>Fax: 816-292-2001<br>Email: brian.fries@lathropgpm.com | Matthew T. Ciulla<br>Robert D. MacGill<br>J. Cecelia Satterthwaite<br>**MACGILL PC**<br>156 E. Market St., Suite 1200<br>Indianapolis, IN 46204<br>Phone: 317-961-5086<br>Email: matthew.ciulla@macgilllaw.com<br>Email: robert.macgill@macgilllaw.com<br>Email: cecelia.satterthwaite@macgilllaw.com |
| **ATTORNEYS FOR THE LONG & FOSTER COMPANIES, INC.** ||
| | |
| **ATTORNEYS FOR KELLER WILLIAMS REALTY, INC.** ||
| Daniel Sasse<br>**CROWELL & MORING - IRVINE**<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Phone: 949.263.8400<br>Facsimile: 949.263.8414<br>Email: dsasse@crowell.com | |
| **ATTORNEYS FOR COMPASS, INC.** ||
| Karrie J. Clinkinbeard<br>Tyson Ketchum<br>**ARMSTRONG TEASDALE LLP**<br>2345 Grand Boulevard, Suite 1500<br>Kansas City, MO 64108<br>Phone: 816.221.3420<br>Facsimile: 816.221.0786<br>Email: kclinkinbeard@atllp.com<br>Email: tketchum@atllp.com | Andrew D. Campbell<br>Stephen J. Siegel<br>Julie Johnston-Ahlen<br>Elizabeth C. Wolicki<br>**ARMSTRONG TEASDALE LLP**<br>100 North Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Phone: 312.516.5651<br>Email: acampbell@atllp.com<br>Email: ssiegel@atllp.com<br>Email: jja@atllp.com<br>Email: ewolicki@atllp.com |
| **ATTORNEYS FOR EXP WORLD HOLDINGS, INC.** ||

| | |
|---|---|
| Tyson Ketchum<br>**ARMSTRONG TEASDALE LLP**<br>2345 Grand Boulevard, Suite 1500<br>Kansas City, MO 64108<br>Phone:  816.221.3420<br>Facsimile:  816.221.0786<br>Email:  kclinkinbeard@atllp.com<br>Email:  tketchum@atllp.com | Andrew D. Campbell<br>Stephen J. Siegel<br>Julie Johnston-Ahlen<br>Elizabeth C. Wolicki<br>**ARMSTRONG TEASDALE LLP**<br>100 North Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Phone:  312.516.5651<br>Email: acampbell@atllp.com<br>Email:  ssiegel@atllp.com<br>Email:  jja@atllp.com<br>   Email:  ewolicki@atllp.com |

**ATTORNEYS FOR EXP REALTY, LLC**

| | |
|---|---|
| Brian J. Madden<br>**WAGSTAFF & CARTMELL**<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>Phone:  816.701.1100<br>Facsimile:  816.531.2372<br>Email: bmadden@wcllp.com<br><br>Eyitayo St. Matthew-Daniel<br>**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Phone:  212.373.3229<br>Email:  tstmatthewdaniel@paulweiss.com | William A. Isaacson<br>Bryon P. Becker<br>Karen L. Dunn<br>Martha Goodman<br>**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**<br>2001 K Street NW<br>Washington, DC 20006<br>Phone:  202.223.7313<br>Email:  wisaacson@paulweiss.com<br>Email:  bpbecker@paulweiss.com<br>Email:  kdunn@paulweiss.com<br>Email:  mgoodman@paulweiss.com |

**ATTORNEYS FOR REDFIN CORPORATION**

| | |
|---|---|
| William D. Beil<br>**GM LAW PC**<br>1200 Walnut Street, Suite 2000<br>Kansas City, MO 64106<br>Phone:  816.471.7700<br>Facsimile:  816.471.2221<br>Email:  billb@gmlawpc.com | Dylan I. Ballard<br>Michael W. Scarborough<br>**VINSON & ELKINS**<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>Phone:  415.979.6900<br>Email:  dballard@velaw.com<br>Email:  mscarborough@velaw.com<br><br>Stephen M. Medlock<br>Adam L. Hudes<br>**VINSON & ELKINS**<br>2200 Pennsylvania Avenue NW, Suite 500 West<br>Washington, DC 20037<br>Phone:  202.639.6578<br>Email:  smedlock@velaw.com<br>Email:  ahudes@velaw.com |

**ATTORNEYS FOR WEICHERT REALTORS**

| | |
|---|---|
| James Dale Lawrence<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>3800 One Kansas City Place<br>1200 Main Street<br>Kansas City, MO 64105<br>Phone: 816.374.3378<br>Facsimile: 816.855.3378<br>Email: jdlawrence@bclplaw.com<br><br>Lindsay Sklar Johnson<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>1201 W. Peachtree Street, 14th Floor<br>Atlanta, GA 30309<br>Phone: 404.572.6732<br>Email: lindsay.johnson@bclplaw.com | Emilee Hargis<br>**BRYAN CAVE LEIGHTON PAISNER, LLP**<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Phone: 618.973.6283<br>Email: emilee.hargis@bclplaw.com<br><br>Timothy R. Beyer<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>Phone: 303.861.7000<br>Email: tim.beyer@bclplaw.com |
| **ATTORNEYS FOR UNITED REAL ESTATE** ||
| Hannah M. Smith<br>Robert T. Adams<br>**SHOOK HARDY & BACON LLP**<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Phone: 816.474.6550<br>Email: hsmith@shb.com<br>Email: rtadams@shb.com | Seth P. Waxman<br>Karin Dryhurst<br>Claire Bergeron<br>**WILMERHALE**<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Phone: 202.663.6800<br>Email: seth.waxman@wilmerhale.com<br>Email: karin.dryhurst@wilmerhale.com<br>Email: Claire.bergeron@wilmerhale.com<br><br>David Z. Gringer<br>Emily Barnet<br>**WILMERHALE**<br>7 World Trade Center, 250 Greenwich Street<br>New York, NY 10007<br>Phone: 212.230.8864<br>Email: david.gringer@wilmerhale.com<br>Email: Emily.barnet@wilmerhale.com |
| **ATTORNEYS FOR HANNA HOLDINGS, INC.** ||
| Elizabeth A. Vasseur-Browne<br>**COOLING & HERBERS, PC**<br>2400 City Center Square<br>1100 Main Street<br>Kansas City, MO 64105<br>Phone: 816.474.0777<br>Facsimile: 816.472.0790<br>Email: lbrowne@coolinglaw.com | Timothy G. Parilla<br>Molly K. McGinley<br>Robert J. Palmersheim<br>**HONIGMAN LLP**<br>155 N. Wacker Drive, Suite 3100<br>Chicago, IL 60606<br>Phone: 312.429.6026<br>Email: tparilla@honigman.com<br>Email: mmcginley@honigman.com<br>Email: rpalmersheim@honigman.com |
| **ATTORNEYS FOR AT WORLD PROPERTIES, LLC** ||

| | |
|---|---|
| Jennifer B. Wieland<br>**BERKOWITZ OLIVER LLP**<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>Phone: 816.627.0266<br>Facsimile: 816.561.1888<br>Email: jwieland@berkowitzoliver.com | Stephen McIntyre<br>**O'MELVENY & MEYERS LLP**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: 213.430.8382<br>Email: smcintyre@omm.com<br><br>David Marroso<br>Craig P. Bloom<br>**O'MELVENY & MEYERS LLP**<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Phone: 310.246.8469<br>Email: dmarroso@omm.com<br>Email: cbloom@omm.com |

**ATTORNEYS FOR THE REAL BROKERAGE INC.**

| | |
|---|---|
| Jennifer B. Wieland<br>**BERKOWITZ OLIVER LLP**<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>Phone: 816.627.0266<br>Facsimile: 816.561.1888<br>Email: jwieland@berkowitzoliver.com | Stephen McIntyre<br>**O'MELVENY & MEYERS LLP**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: 213.430.8382<br>Email: smcintyre@omm.com<br><br>David Marroso<br>Craig P. Bloom<br>**O'MELVENY & MEYERS LLP**<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Phone: 310.246.8469<br>Email: dmarroso@omm.com<br>Email: cbloom@omm.com |

**ATTORNEYS FOR REAL BROKER, LLC**

| | |
|---|---|
| Amanda Pennington Ketchum<br>Ann Lindner Saghir<br>Michael J. Judy<br>**DYSART TAYLOR MCMONIGLE BRUMITT & WILCOX PC**<br>700 W. 47th Street, Suite 410<br>Kansas City, MO 64112<br>Phone: 816.931.2700<br>Facsimile: 816.931.7377<br>Email: aketchum@dysarttaylor.com<br>Email: asaghir@dysarttaylor.com<br>Email: mjudy@dysarttaylor.com | Ann O'Brien<br>Christopher M. Loveland<br>Leo Caseria<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>2099 Pennsylvania Avenue NW, Suite 100<br>Washington, DC 20006-6801<br>Phone: 202.747.3340<br>Email: aobrien@sheppardmullin.com<br>Email: cloveland@sheppardmullin.com<br>Email: lcaseria@sheppardmullin.com<br><br>Helen C. Eckert<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>4 Embarcadero Center<br>San Francisco, CA 94111<br>Phone: 415.774.3233<br>Email: heckert@sheppardmullin.com |

**ATTORNEYS FOR REALTY ONE GROUP, INC.**

| | |
|---|---|
| Christopher M. Harper<br>John L. Mullen<br>**FRANKE, SCHULTZ & MULLEN**<br>8900 Ward Parkway<br>Kansas City, MO 64114<br>Phone: 816.421.7100<br>Facsimile: 816.421.7915<br>Email: charper@fsmlawfirm.com<br>Email: jmullen@fsmlawfirm.com<br><br>Cameron Nicholas Regnery<br>Jacob Madsen<br>**FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway, Suite 1600<br>Atlanta, GA 30339<br>Phone: 470.228.3500<br>Email: cameron.regnery@fmglaw.com<br>Email: jacob.madsen@fmglaw.com | Matthew Foree<br>Scott Anderson<br>**FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Pkwy, Suite 1600<br>Atlanta, GA 30339<br>Phone: 770.818.4245<br>Email: mforee@fmglaw.com<br>Email: scott.anderson@fmglaw.com |

**ATTORNEYS FOR HOMESMART INTERNATIONAL, LLC**

*/s/ Marc E. Kasowitz*
**ATTORNEY FOR DEFENDANTS
DOUGLAS ELLIMAN INC. AND
DOUGLAS ELLIMAN REALTY, LLC**