# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| DANIEL UMPA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., KELLER WILLIAMS REALTY, INC., COMPASS, INC., EXP WORLD HOLDINGS, INC., EXP REALTY, LLC, REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HANNA HOLDINGS, INC, DOUGLAS ELLIMAN, INC., DOUGLAS ELLIMAN REALTY, LLC, AT WORLD PROPERTIES, LLC, THE REAL BROKERAGE, INC., REAL BROKER, LLC, REALTY ONE GROUP, INC., HOMESMART INTERNATIONAL, LLC <br><br> Defendants. | Case No. 4:23-cv-00945-SRB <br><br> Hon. Stephen R. Bough |

## NOTICE OF PENDING SETTLEMENT AND JOINT MOTION TO STAY CASE AS TO THE REAL BROKERAGE INC. AND REAL BROKER, LLC

Daniel Umpa ("Plaintiff") and The Real Brokerage Inc. and Real Broker, LLC ("Real Brokerage" and, together with Plaintiff, the "Parties") respectfully write to the Court to provide notice that the Parties have reached an agreement to settle all claims asserted against Real Brokerage in this action as part of a proposed nationwide class settlement. This agreement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Consistent with the

Parties' agreement, Plaintiff will file a motion in this Court for preliminary approval of the proposed settlement.

As provided by the agreement, the Parties hereby jointly stipulate and request that the Court stay all deadlines and proceedings solely as to Real Brokerage to preserve the resources of Plaintiff, Real Brokerage, and the Court, and to seek preliminary and final approval of the settlement.

Dated: April 8, 2024

Respectfully submitted,

/s/ Robert A. Braun

Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
769 Centre Street, Suite 207
Boston, MA 02130
(617) 858-1990
dsilverman@cohenmilstein.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202

Berkeley, CA 94710
(510) 725-3000
riop@hbsslaw.com

Nathan Emmons (Mo. Bar. No. 70046)
Jeannie Evans (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
(708) 628-4949
nathane@hbsslaw.com
jeannie@hbsslaw.com

Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas 32nd Floor
New York, New York 10019
(212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union St., Suite 3000
Seattle, Washington 98101
(206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

**Attorneys for Plaintiff Daniel Umpa**

/s/ David Marroso

Jennifer B. Wieland, MO #57271
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
(816) 561-7007
jwieland@berkowitzoliver.com

David Marroso (*pro hac vice*)
Craig Bloom (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars,
8th Floor
Los Angeles, CA 90067
(310) 553-6700
dmarroso@omm.com
cbloom@omm.com

Stephen McIntyre (*pro hac vice*)
**O'MELVENY & MYERS LLP**
400 South Hope Street,
18th Floor
Los Angeles, CA 90071
(213) 430-6000
smcintyre@omm.com

**Attorneys for Defendants The Real Brokerage Inc. and Real Broker, LLC**

# CERTIFICATE OF SERVICE

  I hereby certify that on April 8, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

        */s/ David Marroso*

        David Marroso

        **Attorney for Defendants The Real Brokerage Inc. and Real Broker, LLC**