IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, *et al.*,<br><br>Defendants. | Case No. 4:23-cv-00788-SRB<br>[Consolidated with 4:23-cv-00945-SRB]<br><br>Judge Stephen R. Bough |

**NOTICE OF PENDING SETTLEMENT AND JOINT
MOTION TO STAY CASE AS TO REALTY ONE GROUP, INC.**

Plaintiffs Don Gibson, Lauren Criss, John Meiners and Daniel Umpa (collectively, "Plaintiffs") and defendant Realty One Group, Inc. ("Realty One") hereby respectfully notify the Court that Plaintiffs have reached a settlement with Realty One to settle all claims asserted against Realty One in this action as part of a proposed nationwide class settlement. The settlement was jointly negotiated with counsel for the Plaintiffs. The settlement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, the Plaintiffs will promptly file a motion in this Court for preliminary approval of the proposed settlement.

As provided by the settlement agreement, Plaintiffs and Realty One hereby jointly request that the Court stay all deadlines and proceedings as to Realty One to preserve the resources of Plaintiffs, Realty One and the Court, and to seek preliminary and final approval of the settlement.

Dated: April 23, 2024                                                       Respectfully submitted,

/s/ Leo D. Caseria
LEO D. CASERIA (admitted *pro hac vice*)
ANN O'BRIEN (admitted *pro hac vice*)
CHRISTOPHER LOVELAND (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER &
  HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1925
lcaseria@sheppardmullin.com
aobrien@sheppardmullin.com
cloveland@sheppardmullin.com

HELEN C. ECKERT (admitted *pro hac vice*)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
heckert@sheppardmullin.com

*Counsel for Defendant Realty One Group, Inc.*


/s/ Michael Ketchmark
KETCHMARK AND MCCREIGHT P.C.
Michael Ketchmark           MO # 41018
Scott McCreight             MO # 44002
 11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tel:   (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

Brandon J.B. Boulware       MO # 54150
Jeremy M. Suhr              MO # 60075
Erin D. Lawrence            MO # 63021
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, Missouri 64102
Tel:   (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

/s/ Robert A. Braun
Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
Brian E. Johnson (Mo. Bar. No. 64938)
BEJohnson@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com

erin@boulware-law.com

WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron   MO # 52093
Eric L. Dirks   MO # 54921
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 945-7110
matt@williamsdirks.com
dirks@williamsdirks.com

*Attorneys for the Plaintiffs*

HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the
Americas 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Leo D. Caseria*
LEO D. CASERIA